[No. 53043-7-I.   Division One.   December 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN MARTEL DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07534-3, Michael S. Spearman, J., entered August 5, 2003. *Remanded* by unpublished per curiam opinion. Now published at 125 Wn. App. 59.

[No. 53077-1-I.   Division One.   December 13, 2004.]

THE HAWTHORNE SQUARE CONDOMINIUM ASSOCIATION, *Respondent*, v. JANINE BLOSS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-22397-6, William L. Downing, J., entered September 9, 2003. *Reversed* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 53189-1-I.   Division One.   December 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GERAEL C. PATTERSON-WRIGHT, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 03-1-04337-7, Palmer Robinson and Michael Hayden, JJ., entered July 25, 2003 and July 19, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53653-2-I.   Division One.   December 13, 2004.]

RICHARD FRIA, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 02-2-01780-1, John P. Erlick, J., entered October 8 and November 22, 2002 and June 12, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ. Now published at 125 Wn. App. 531.